Form TRANSAP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Sima Gerevich and Michael Gerevich<br>Debtor(s) | Case No.: 13–31018<br>Chapter: 13 |
| Plaintiff(s)<br>Michael Gerevich<br>Michael Gerevich<br>vs.<br><br>Annie Li Sun et al.<br>Defendant(s) | Adversary Proceeding No. 14–03056 |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on June 10, 2015 was filed on Monday, August 10, 2015. The following deadlines apply:

The parties have Monday, August 17, 2015 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, August 31, 2015.

If a request for redaction is filed, the redacted transcript is due Thursday, September 10, 2015.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, November 9, 2015, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jo McCall
Jo McCall Court Reporting
2868 East Clifton Court
Gilbert, AZ 85297

or you may view the document at the clerk's office public terminal.

Dated: 8/12/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court