# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: awong | Date Created: 8/10/2015 |
| Case: 14−03056 | Form ID: TRANSAP | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    Aleksandr A. Volkov    alex@volf.com

                                                        TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty    Phillip T.S. Tukia    Maranga and Morgenstern    350 Sansome St. #630    San Francisco, CA 94104
        Christopher F. Johnson, Esq.    350 Sansome St. #350    San Francisco, CA 94104
        Law Offices of Oxana Kozlov    Oxana Kozlov, Esq.    649 Dunholme Way    Sunnyvale, CA 94087

                                                        TOTAL: 3